AO 93 (Rev. 5/85) Search Warrant

# United States District Court

## DISTRICT OF DELAWARE

In the Matter of the Search of
(Name, address or brief description of person or premises to be searched)

**SEARCH WARRANT**

See Attachment A
which is incorporated
herein by reference

CASE NUMBER: 07- *111 M*

TO: <u>S/A Patrick W. Fyock ATF</u>   and any assisting law enforcement officer of the United States and any assisting state and local police officers. Affidavit(s) having been made before me by <u>S/A Patrick W. Fyock ATF</u>   who has reason to believe that on the premises known as

See Attachment A, incorporated herein by reference,

```
FILED
JUN - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

in the _____ District of _____ Delaware _____ there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B, which is incorporated herein by reference.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ June 11, 2007 _____
                                                              Date

(not to exceed 10 days) the place named above for the property specified, and serving this warrant and making the search in the daytime -- 6:00 a.m. to 10:00 p.m. and if the property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>United States Magistrate Judge Mary Pat Thynge</u>   as required by law.

_6/1/07_ _11:13 A_.M.    at    Wilmington, Delaware
Date and Time                   City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 06/01/07 | 06/01/07 | Placed in property to be returned to King ^Marzote |

INVENTORY MADE IN THE PRESENCE OF
S/A Paul Gennato

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1 Autozone Receipt Dated 5/27/07 - (Trunk)
1 Auto Zone Receipt Dated 5/30/07 - Inside
1 Auto Zone Receipt Dated 5/29/07 - Inside
1 - Plastic Bag Containing - Auto Zone Containing
   1 Auto Zone Protectant Spray
   1 Armorall Glass Wipes
   1 Can Blackmagic Tirewet
   1 100 Fl Oz Rainx Car Wash
   1 Blue Plastic Brush

1 Trashbag Containing - (Plastic)
   1 Pair Rocawear Pants Jeans Size 34
2 - T-Shirts Size Large
1 - Fruit of the Loom Boxer Shorts Size Medium
1 - Multi Color Towel
8 - White Ankle Socks
1 Pair Nike Air High Top Sneakers Size 9.5
Brown Bag Containing Green Leafy Substance

Total 25 Items

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_     6/5/06
U.S. Judge or Magistrate     Date

## ATTACHMENT A

A White 1992 Chevrolet Caprice 4 door Sedan bearing Delaware license plate 740925
This vehicle is located at First State Towing 495 A Old Airport Road Newport, DE.

ATTACHMENT B

A White 1992 Chevrolet Caprice 4 door Sedan bearing Delaware license plate 740925
This vehicle is located at First State Towing 495 A Old Airport Road Newport, DE.
A black trash type bag including but not limited to male type blue jeans, white high- top sneakers and a towel located within the trunk of the vehicle.
Any other any and all indicia of the possession of the seized firearm referenced in the affidavit.
Any indicia of ownership of the vehicle.